MARJORY GILES v. HENRY GILES.

198 So. 59
En Banc
Opinion Filed October 11, 1940

*Alfred E. Sapp,* for Appellant;

*Edward H. Brown,* for Appellee.

PER CURIAM.—The appeal brings for review decree of divorce obtained by the husband against the wife on amended bill of complaint, answer thereto and testimony taken.

We have examined the entire record and find no reversible error. Therefore, the decree is affirmed.

So ordered.

TERRELL, C. J., WHITFIELD, BUFORD and CHAPMAN, J. J., concur.

THOMAS, J., dissents.

Justice BROWN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.